**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
2014 TULARE STREET, SUITE 414
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000
FACSIMILE: (559) 266-0507

Attorney for Defendant, JUAN JAIME ALVAREZ-GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN JAIME ALVAREZ-GARCIA,<br><br>Defendant. | CASE NO.1:12-CR-00167 LJO<br><br>**STIPULATION AND ORDER<br>TO CONTINUE STATUS HEARING**<br><br>DATE: JUNE 17, 2013<br>TIME: 1:00 pm<br>JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel RICHARD A. BESHWATE, JR, attorney for Defendant, and BRYAN ENOS, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for JUNE 17, 2013, at 1:00 p.m. shall be continued until JULY 29, 2013, at 1:00 p.m. or to a date the Court deems appropriate.

This continuance is necessary because defendant's attorney has just completed a murder trial and has now started a re-trial from a hung jury on a "gang phase" of a trial with 4 defendants. The gang retrial involves multiple attorneys and expert witnesses in the gang case and defendant's attorney will not have enough time to prepare for Mr. Alvarez Garcia's hearing which is currently set for trial on June 17, 2013.

The parties stipulate that the time until the next status conference should be excluded from the

calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, defendant's counsel has been unavailable due his presence in another trial. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: June 11, 2013

>Respectfully submitted,
>/S/ Richard A. Beshwate, Jr.
>RICHARD A. BESHWATE, JR.
>Attorney for Defendant, JUAN J. ALVAREZ-GARCIA

DATED: June 13, 2013

>Respectfully submitted,
>/S/ Kathleen Servatius
>KATHLEEN SERVATIUS
>Assistant U.S. Attorney

## ORDER

After careful review of the stipulation to continue the status conference filed in this case, as well as the entire procedural history of this case, the parties' request to continue the status conference is DENIED. The Court has serious concerns about the lack of progress toward a resolution of this matter and notes that this defendant was indicted and the case was filed on May 31, 2012 – more than twelve months ago. The Court further notes that there have been nine status conferences since the case was filed.

The parties shall appear at the status conference set for June 17, 2013. Counsel are to bring their trial calendars to the hearing, and should meet and confer before the hearing to agree on a trial date. If they cannot do so, the Court will select the trial date unilaterally.

IT IS SO ORDERED.

**Dated:     June 13, 2013**             /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE